**Susan G. ELLIS, Petitioner/Respondent,**

v.

**Ronald ELLIS, Respondent/Appellant.**

No. 69851.

Missouri Court of Appeals,
Eastern District.
Division Two.

July 8, 1997.

David B. Lacks, Leigh Joy Carson, Lacks, Newman & Cohen, P.C., St. Louis, for respondent/appellant.

Mark H. Kruger, Julie L. Siegel, Susman, Schermer, Rimmel & Shifrin, P.C., St. Louis, for petitioner/respondent.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

### ORDER

PER CURIAM.

Husband appeals from the trial court's judgment denying his motion to modify the support and maintenance provisions of a dissolution decree. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. Murphy v. Carron, 536 S.W.2d 30, 32 (Mo. banc 1976). No jurisprudential purpose would be served by a written opinion.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

**Ray L. SCHATZ, Appellant,**

v.

**Terisa Ann SCHATZ, Respondent.**

No. 70872.

Missouri Court of Appeals,
Eastern District,
Division Six.

July 8, 1997.

Joseph R. Aubuchon, Daniel E. Leslie, Union, for appellant.

Jonathan L. Downard, Union, for respondent.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

### ORDER

PER CURIAM.

Father appeals from the trial court's judgment granting custody of two minor children to mother. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).